B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   Angela Neel Interiors, Inc.                                   Case No.
                                    Debtor(s)                         Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Seaside National Bank &Trust<br>201 South Orange Ave.<br>#1350<br>Orlando, FL 32801 | Seaside National Bank &Trust<br>201 South Orange Ave.<br>#1350<br>Orlando, FL 32801 | UCC-1 Document No. 20080834013X<br><br>As described in the UCC-1, all personal property of the Debtor, but not limited to, accounts, accounts receivable, furniture, fixtures and equipment | | 203,982.00<br><br>(Collateral value estimated at $45,706.63) |
| Dick Guidry<br>P.O. Box 1119<br>Galliano, LA 70354 | Dick Guidry<br>P.O. Box 1119<br>Galliano, LA 70354 | Unsecured Loan to Debtor Evidenced by Promissory Note | | 119,696.37 |
| American Express<br>P.O. Box 297812<br>Fort Lauderdale, FL 33329-7812 | American Express<br>P.O. Box 297812<br>Fort Lauderdale, FL 33329-7812 | Business Credit Card | | 95,218.63 |
| Wells Fargo<br>P.O. Box 6426<br>Carol Stream, IL 60197 | Wells Fargo<br>P.O. Box 6426<br>Carol Stream, IL 60197 | Business Credit Card | | 68,293.52 |
| Windows Interiors<br>947 Josiane Court<br>Altamonte Springs, FL 32701 | Windows Interiors<br>947 Josiane Court<br>Altamonte Springs, FL 32701 | Trade Debt | | 11,958.68 |
| Magic Business Forms<br>7056 Stapoint Court<br>Winter Park, FL 32792 | Magic Business Forms<br>7056 Stapoint Court<br>Winter Park, FL 32792 | Trade Debt | | 8,594.10 |
| Orlando Sentinel<br>P.O. Box 5151<br>Chicago, IL 60680-5151 | Orlando Sentinel<br>P.O. Box 5151<br>Chicago, IL 60680-5151 | Trade Debt | | 6,936.00 |
| Royal Pedic Mattress MFG<br>341 N. Robertson Blvd.<br>Beverly Hills, CA 90211 | Royal Pedic Mattress MFG<br>341 N. Robertson Blvd.<br>Beverly Hills, CA 90211 | Trade Debt | | 6,157.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Angela Neel Interiors, Inc.                                    Case No.   _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| State of Florida<br>Dept. of Revenue<br>501 S. Calhoun St<br>Carlton Building., RM 104<br>Tallahassee, FL 32399 | State of Florida<br>Dept. of Revenue<br>501 S. Calhoun St<br>Tallahassee, FL 32399 | March sales tax Sales tax return and payment not due until April 20, 2015 | | 5,084.80 |
| Knight Flooring, LLC<br>1861 W. Fairbanks Ave.<br>Winter Park, FL 32789 | Knight Flooring, LLC<br>1861 W. Fairbanks Ave.<br>Winter Park, FL 32789 | Trade Debt | | 4,604.00 |
| Lexus Financial Services<br>P.O. Box 5855<br>Carol Stream, IL 60197 | Lexus Financial Services<br>P.O. Box 5855<br>Carol Stream, IL 60197 | 2013 Lexus RX 350<br>VIN #<br>2T2ZK1BAXDC099849<br>Miles 34,000 | | 35,507.43<br>(Collateral value estimated at $31,826.00) |
| Daimler Truck Financial<br>Mercedes Benz Financial<br>P.O. Box 5260<br>Carol Stream, IL 60197-5260 | Daimler Truck Financial<br>Mercedes Benz Financial<br>P.O. Box 5260<br>Carol Stream, IL 60197-5260 | 2013 Mitsubishi FUSO FEC72S 4X2 diesel truck VIN# JL6BNG1A8DK007242<br>Miles 26,575 | | 31,041.67<br>(Collateral value estimated at $27,500.00) |
| Fine Art Lamps<br>P.O. Box 028545<br>Miami, FL 33102 | Fine Art Lamps<br>P.O. Box 028545<br>Miami, FL 33102 | Trade Debt | | 2,242.05 |
| Artistica<br>3200 Golf Course Drive<br>Ventura, CA 93003 | Artistica<br>3200 Golf Course Drive<br>Ventura, CA 93003 | Trade Debt | | 2,180.00 |
| Knickerbocker Bed Co.<br>P.O. Box 55<br>Little Ferry, NJ 07643 | Knickerbocker Bed Co.<br>P.O. Box 55<br>Little Ferry, NJ 07643 | Trade Debt | | 2,094.80 |
| Busby Cabinets<br>13313 Southern Precast Drive<br>Alachua, FL 32615 | Busby Cabinets<br>13313 Southern Precast Drive<br>Alachua, FL 32615 | Trade Debt | | 2,000.00 |
| Sherwin Williams<br>1770 Semoran Blvd.<br>Winter Park, FL 32792-2249 | Sherwin Williams<br>1770 Semoran Blvd.<br>Winter Park, FL 32792-2249 | Trade Debt | | 1,360.03 |
| Booths Cobblestones, Inc.<br>c/o Christopher M. Booth<br>3400 Finch Street<br>Orlando, FL 32803 | Booths Cobblestones, Inc.<br>c/o Christopher M. Booth<br>3400 Finch Street<br>Orlando, FL 32803 | Creditor filed a lawsuit which is pending in Seminole County, Florida. Case No. 2013-CA-003404 (the "Booth Lawsuit") The Defendants include the De | Contingent Unliquidated Disputed | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re   Angela Neel Interiors, Inc.  
                 Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kim & Kim Asset, LLC<br>335 Randon Terrace<br>Lake Mary, FL 32746 | Kim & Kim Asset, LLC<br>335 Randon Terrace<br>Lake Mary, FL 32746 | Co-defendant in the Booth Lawsuit | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Monitronics<br>Dept. CH 8628<br>Palatine, IL 60055 | Monitronics<br>Dept. CH 8628<br>Palatine, IL 60055 | Trade Debt | Unliquidated | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re   Angela Neel Interiors, Inc. _____      Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    4/1/15 _____     Signature    /s/ Glenn C. Neel _____
                                                 Glenn C. Neel
                                                 President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.